Fill in this information to identify the case:

United States Bankruptcy Court for the:

Northern District of Texas

Case number (if known): _____   Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | |
|---|---|
| **1. Debtor's name** | SLTC, Inc |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 0 – 0 5 8 3 0 1 2 |

**4. Debtor's address**

**Principal place of business**

428 Brooks Lane
Number          Street

Coppell, TX 75019
City                               State      ZIP Code

Dallas
County

**Mailing address, if different from principal place of business**

P.O. Box 901
Number          Street

Coppell, TX 75019
City                               State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                               State      ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    SLTC, Inc                                                                          Case number *(if known)* _____
       Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____  Case number _____
                                      MM / DD / YYYY

      District _____  When _____  Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____  Relationship _____

      District _____  When _____
                                        MM / DD / YYYY

      Case number, if known _____

Debtor    SLTC, Inc _____    Case number *(if known)* _____
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number    Street<br><br>_____<br>    City    State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

| | | | |
|---|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 | |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 | |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 | |
| ☐ 200-999 | | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | SLTC, Inc | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/30/2023
MM/ DD/ YYYY

**X** /s/ Stefan Dekany                         Stefan Dekany
Signature of authorized representative of debtor      Printed name

Title _____ President _____

**18. Signature of attorney**

**X** /s/ Eric Allen Maskell          Date   11/30/2023
Signature of attorney for debtor           MM/ DD/ YYYY

Eric Allen Maskell
Printed name

Lee Law Firm, PLLC
Firm name

8701 Bedford Euless Rd 510
Number        Street

Hurst                  TX      76053
City                  State   ZIP Code

(469) 694-1048              emaskell@leelawtx.com
Contact phone              Email address

24041409                 TX
Bar number                State

Fill in this information to identify the case:

Debtor Name __**SLTC, Inc**_____

United States Bankruptcy Court for the: _____**Northern**_____ District of ____**Texas**____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

Name of institution (bank or brokerage firm)   Type of account   Last 4 digits of account number

3.1. _____   _____   ___ ___ ___ ___   _____

3.2. _____   _____   ___ ___ ___ ___   _____

4. **Other cash equivalents** *(Identify all)*

4.1 _____   _____

4.2 _____   _____

5. **Total of Part 1** _____

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **Part 2:** | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 _____   _____

Debtor     **SLTC, Inc** _____     Case number *(if known)* _____
       Name

| | |
|---|---|
| 7.2 _____ | _____ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

| | |
|---|---|
| 8.1 _____ | _____ |
| 8.2 _____ | _____ |

9. **Total of Part 2**

    Add lines 7 through 8. Copy the total to line 81.

            | _____ |

---

| **Part 3:** | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                             **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less: _____ - _____ =..... ➡    _____

                    face amount           doubtful or uncollectible accounts

    11b. Over 90 days old: _____ - _____ =..... ➡    _____

                    face amount           doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

            | _____ |

---

| **Part 4:** | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                             **Valuation method used for current value**      **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

| | | |
|---|---|---|
| 14.1 _____ | _____ | _____ |
| 14.2 _____ | _____ | _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                            % of ownership:

| | | | |
|---|---|---|---|
| 15.1. _____ | _____ | _____ | _____ |
| 15.2. _____ | _____ | _____ | _____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

---

Debtor    __SLTC, Inc_____     Case number *(if known)* _____
      Name

| 16.1 | _____ | _____ | _____ |
| 16.2 | _____ | _____ | _____ |

**17.** **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.
           [ _____ ]

---

**Part 5:**    Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials**<br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress**<br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale**<br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies**<br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |

**23.** **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.
           [ _____ ]

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

Debtor    **SLTC, Inc**
       Name

Case number *(if known)*

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops—either planted or harvested** | | | |
| 29.  **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30.  **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |
| 32.  **Other farming and fishing-related property not already listed in Part 6** | | | |

33.  **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

34.  **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |

Debtor    **SLTC, Inc**                                          Case number *(if known)* _____
_____
Name

| | | | |
|---|---|---|---|
| **40.** | **Office fixtures** | | |
| **41.** | **Office equipment, including all computer equipment and communication systems equipment and software** | | |
| | Laptop, Fax Machine, Printer, Shredder | unknown | $1,000.00 |

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____

42.2 _____

42.3 _____

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                     $1,000.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 _____

47.2 _____

47.3 _____

47.4 _____

**48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____

48.2 _____

Debtor      __SLTC, Inc_____        Case number *(if known)* _____
            Name

---

49. **Aircraft and accessories**

49.1 _____      _____  _____  _____

49.2 _____      _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____      _____  _____  _____

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

Debtor    **SLTC, Inc**
_____          Case number *(if known)* _____
       Name

---

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:**    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** | |
| Description (include name of obligor) | |

---

Debtor    __SLTC, Inc_____    Case number *(if known)*_____
                Name

_____    _____    –    _____    = ➤    _____
                                            Total face amount        doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73.  **Interests in insurance policies or annuities**

_____    _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    _____

**Nature of claim**    _____

**Amount requested**    _____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    _____

**Nature of claim**    _____

**Amount requested**    _____

76.  **Trusts, equitable or future interests in property**

_____    _____

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    _____

_____    _____

78.  **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.    _____

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   **SLTC, Inc**_____   Case number *(if known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | _____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | _____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | _____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | _____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | _____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | _____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | _____ | |
| 88. **Real property.** *Copy line 56, Part 9*............................................................➔ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | _____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + _____ | |
| 91. **Total.** *Add lines 80 through 90 for each column*..........................91a. | $1,000.00 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................................... | | $1,000.00 |

**Fill in this information to identify the case:**

Debtor name _____SLTC, Inc_____

United States Bankruptcy Court for the: _____Northern_____ District of _____Texas_____
                                                                                        (State)

Case number (if known): _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1  Creditor's name**

**Describe debtor's property that is subject to a lien**

_____  _____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

**Describe the lien**

_____

**Date debt was incurred** _____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

_____

Fill in this information to identify the case:

Debtor name _____ SLTC, Inc _____

United States Bankruptcy Court for the:

_____ Northern District of Texas _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address _____ _____ _____ **Date or dates debt was incurred** _____ **Last 4 digits of account number** __ __ __ __ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _____ **Is the claim subject to offset?** ☐ No ☐ Yes | _____ | _____ |
| **2.2** Priority creditor's name and mailing address _____ _____ _____ **Date or dates debt was incurred** _____ **Last 4 digits of account number** __ __ __ __ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _____ **Is the claim subject to offset?** ☐ No ☐ Yes | _____ | _____ |

| Debtor | **SLTC, Inc** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 2:</strong> List All Creditors with NONPRIORITY Unsecured Claims</td></tr>
</table>

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |
|---|---|---|---|
| | **AG Adjustments** | ☐ Contingent | |
| | **740 Walt Whitman Rd** | ☐ Unliquidated | |
| | **Melville, NY 11747-9090** | ☐ Disputed | |
| | | Basis for the claim: **Collecting for Comdata** | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,228.00** |
|---|---|---|---|
| | **American Express** | ☐ Contingent | |
| | **P.O. Box 6031** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197** | ☐ Disputed | |
| | | Basis for the claim: **Credit Card** | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,530.00** |
|---|---|---|---|
| | **Bank of America** | ☐ Contingent | |
| | **PO Box 660441** | ☐ Unliquidated | |
| | **Dallas, TX 75266** | ☐ Disputed | |
| | | Basis for the claim: **Credit Card** | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,321.00** |
|---|---|---|---|
| | **Bank of America** | ☐ Contingent | |
| | **PO Box 25118** | ☐ Unliquidated | |
| | **Tampa, FL 33622** | ☐ Disputed | |
| | | Basis for the claim: **Credit Card** | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

Debtor    **SLTC, Inc**                                                    Case number *(if known)* _____
           Name

---

| Part 2: | Additional Page |

---

**3.5** **Nonpriority creditor's name and mailing address**

**Caine & Weiner Co**

**PO Box 55848**

**Sherman Oaks, CA 91413**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collecting For TA Operating LLC**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.6** **Nonpriority creditor's name and mailing address**
Comdata

**5301 Maryland Way**

**Brentwood, TN 37027**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$4,932.00**

---

**3.7** **Nonpriority creditor's name and mailing address**

**EFS LLC**

**P.O. Box 630038**

**Cincinnati, OH 45263**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$15,191.00**

---

**3.8** **Nonpriority creditor's name and mailing address**
ERC

**P.O. Box 659503**

**Dallas, TX 75265**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retention Credit**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$9,000.00**

---

Debtor    **SLTC, Inc**      Case number *(if known)* _____
     Name

---

**Part 2:**   Additional Page

| | | |
|---|---|---|
| **3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.9** | Nonpriority creditor's name and mailing address

**FirstSource Advantage, LLC**

**PO Box 628**

**Buffalo, NY 14240-0628**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Collecting for American Express**

**Is the claim subject to offset?**
☑ No
☐ Yes

        **unknown**

---

**3.10** | Nonpriority creditor's name and mailing address

**Fleet Leasing**

**2505 Farrisview Blvd**

**Memphis, TN 38118**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

        **$1,707.00**

---

**3.11** | Nonpriority creditor's name and mailing address

**Greenberg, Grant & Richards**

**5858 Westheimer 500**

**Houston, TX 77057**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Attorney For Fleet One**

**Is the claim subject to offset?**
☑ No
☐ Yes

        **unknown**

---

**3.12** | Nonpriority creditor's name and mailing address

**Joseph, Mann & Creed**

**8948 Canyon Falls Blvd 200**

**Twinsburg, OH 44087**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Attorney For Motive**

**Is the claim subject to offset?**
☑ No
☐ Yes

        **unknown**

---

Debtor    **SLTC, Inc**                                    Case number *(if known)* _____
          Name

| Part 2: | Additional Page |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,341.00
| | *Check all that apply.*
| **JPMCB Card** |
| | ☐ Contingent
| **PO Box 15369** | ☐ Unliquidated
| **Wilmington, DE 19850** | ☐ Disputed
| | **Basis for the claim:**  Credit Card
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number __ __ __ __ | ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,300.00
| | *Check all that apply.*
| **Kabbage** |
| | ☐ Contingent
| **P.O. Box 77081** | ☐ Unliquidated
| **Atlanta, GA 30357** | ☐ Disputed
| | **Basis for the claim:**  Business Loan
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number __ __ __ __ | ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00
| | *Check all that apply.*
| **Keep Trucking/Motive** |
| | ☐ Contingent
| **55 Hawthorne Street 400** | ☐ Unliquidated
| **San Francisco, CA 94105** | ☐ Disputed
| | **Basis for the claim:**  Services
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number __ __ __ __ | ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,884.00
| | *Check all that apply.*
| **Love's Travel Stops** |
| | ☐ Contingent
| **P.O. Box 26210** | ☐ Unliquidated
| **Oklahoma City, OK 73126** | ☐ Disputed
| | **Basis for the claim:**  Credit Card
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number __ __ __ __ | ☐ Yes

---

Debtor    **SLTC, Inc**                                              Case number *(if known)* _____
              Name

| Part 2: | Additional Page |

**3.17** | Nonpriority creditor's name and mailing address

**Motive Technologies**

**P.O. Box 737669**

**Dallas, TX 75373**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$1,039.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address

**On Deck**

**901 N Stuart Street 700**

**Arlington, VA 22203**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$92,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Loan

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address

**Paccar Leasing Company**

**10620 N Stemmons Freeway**

**Dallas, TX 75220**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$71,952.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lease Deficiency

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address

**Peak Trailer Group, LLC**

**P.O. Box 268989 Dept 1078**

**Oklahoma City, OK 73126**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$686.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   __SLTC, Inc_____   Case number *(if known)* _____
Name

| Part 2: | Additional Page |

---

**3.21** Nonpriority creditor's name and mailing address

Premier Trailer Leasing

5201 Tennyson Parkway 250

Plano, TX 75024

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $1,063.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lease Deficiency__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

Quickbooks

2700 Coast Avenue

Mountain View, CA 94043

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $529.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Single Point Capital

P.O. Box 224379

Dallas, TX 75222

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $2,416.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Factoring Company__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

TA Truck Service

2440 Raphine Rd

Raphine, VA 24472

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $5,564.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    SLTC, Inc                                                    Case number *(if known)* _____
_____
Name

**Part 2:**    Additional Page

---

**3.25**    **Nonpriority creditor's name and mailing address**

The Goodyear Tire Rubber Co

8501 Peterbilt Ave

Dallas, TX 75241

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

$404.24

---

**3.26**    **Nonpriority creditor's name and mailing address**

U.S. Small Business Administration

SBA Disaster Loan Service Center

1545 Hawkins Blvd. Suite 202

El Paso, TX 79925

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

$135,000.00

---

**3.27**    **Nonpriority creditor's name and mailing address**

Wex Fleet One

P.O. Box 630038

Cincinnati, OH 45263

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,041.00

---

**3.28**    **Nonpriority creditor's name and mailing address**

Wex Sheet & Edge

P.O. Box 639

Portland, ME 04104

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,383.00

---

Debtor   **SLTC, Inc**_____   Case number *(if known)* _____
Name

Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a.   **Total claims from Part 1** | 5a. | **$0.00** |
| 5b.   **Total claims from Part 2** | 5b.  **+** | **$425,011.24** |
| 5c.   **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | **$425,011.24** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | SLTC, Inc |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known): _____  Chapter ___7___ | |

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

    ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest _____ <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest _____ <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest _____ <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest _____ <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |

Fill in this information to identify the case:

Debtor name __**SLTC, Inc**_____

United States Bankruptcy Court for the: _____**Northern**_____ District of _____**Texas**_____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor **SLTC, Inc** _____ Case number (if known) _____
     Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | _____ | Street | _____ | ☐ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | City    State    ZIP Code | | |

Fill in this information to identify the case:

Debtor name _____ SLTC, Inc _____

United States Bankruptcy Court for the:

_____ Northern District of Texas _____

Case number (if known): _____   Chapter ___7___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.................................................................................................... | $0.00 |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*.................................................................................................... | $1,000.00 |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*.................................................................................................... | $1,000.00 |

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $0.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................... | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................... | + $425,011.24 |

4. **Total liabilities**.................................................................................................................................. | $425,011.24 |

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | SLTC, Inc |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2023</u> to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | <u>$558,715.00</u> |
| **For prior year:** | From <u>01/01/2022</u> to <u>12/31/2022</u><br>MM/ DD/ YYYY  MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,103,581.00 |
| **For the year before that:** | From <u>01/01/2021</u> to <u>12/31/2021</u><br>MM/ DD/ YYYY  MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,051,050.00 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2023</u> to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From <u>01/01/2022</u> to <u>12/31/2022</u><br>MM/ DD/ YYYY  MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From <u>01/01/2021</u> to <u>12/31/2021</u><br>MM/ DD/ YYYY  MM/ DD/ YYYY | _____ | _____ |

Debtor   SLTC, Inc _____   Case number (*if known*) _____
         Name

---

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

3.1.   _____   _____   _____   ☐ Secured debt

    Creditor's name _____   _____   ☐ Unsecured loan repayments

    Street _____   _____   ☐ Suppliers or vendors

    _____   _____   ☐ Services

    _____   ☐ Other _____

    City               State   ZIP Code

---

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

4.1.   _____   _____   _____   _____

    Creditor's name

    _____   _____   _____   _____

    Street

    _____   _____   _____

    _____

    City               State   ZIP Code

| **Relationship to debtor** |
|---|

    _____

---

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page 2

Debtor  SLTC, Inc  Case number *(if known)*
_____
Name

5.1.
_____    _____    _____    _____
Creditor's name

_____
Street

_____

_____
City          State     ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City     State   ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

---

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. _____<br><br>Case number<br><br>_____ | _____ | Name<br>_____<br>Street<br>_____<br><br>_____<br>City     State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

Debtor  SLTC, Inc

_____
Name

Case number (if known) _____

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name
_____

Street
_____

City          State    ZIP Code
_____

**Case title**
_____

**Case number**
_____

**Date of order or assignment**
_____

**Court name and address**
_____

Name
_____

Street
_____

City                    State    ZIP Code
_____

---

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name
_____

Street
_____

City          State    ZIP Code
_____

**Recipient's relationship to debtor**
_____

---

## Part 5: Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1. _____

---

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor  SLTC, Inc
_____
Name

Case number *(if known)* _____

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Lee Law Firm, PLLC | Attorney's Fee | 11/20/2023 | $5,500.00 |

**Address**

8701 Bedford Euless Rd 510
Street

Hurst, TX 76053
City          State      ZIP Code

**Email or website address**


**Who made the payment, if not debtor?**


---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

Street


City          State      ZIP Code

**Relationship to debtor**


---

Debtor    SLTC, Inc    Case number (if known)
_____ Name

| Part 7: | Previous Locations |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ | From _____ To _____ |
| Street | |
| _____ | |
| City          State   ZIP Code | |

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ | _____ | _____ |
| Facility name | | |
| _____ | | |
| Street | Location where patient records are maintained(if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City          State   ZIP Code | _____ | *Check all that apply:* |
| | _____ | ☐ Electronically |
| | | ☐ Paper |

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Debtor  SLTC Inc _____  Case number (if known) _____

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 Bank of America<br>Name<br><br>PO Box 660441<br>Street<br><br>Dallas, TX 75266<br>City      State    ZIP Code | XXXX– _ _ _ _ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | 8/10/2023 | ($1,320.73) |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City      State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

Debtor        SLTC, Inc
_____        Case number (if known) _____
        Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|

_____

Name _____        _____        _____        ☐ No

Street _____        **Address**        _____        ☐ Yes

_____        _____

City        State    ZIP Code        _____

_____

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |

Name _____        _____        _____

Street _____        _____        _____

_____        _____

City        State    ZIP Code

---

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- ■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- ■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- ■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |

_____

Name _____        _____

_____

Street _____

_____

City        State    ZIP Code

---

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **8**

Debtor    SLTC, Inc    Case number (if known)

Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: _ _ – _ _ _ _ _ _ _ |
| Name | | **Dates business existed** |
| Street | | From _____ To _____ |
| City          State     ZIP Code | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Debtor   SLTC, Inc _____   Case number (if known) _____
        Name

| Name and address | Dates of service |
|---|---|
| 26a.1. CA Storm PC | From 2009_____ To _____ |
| Name | |
| 2747 Stonecreek Dr | |
| Street | |
| | |
| Carrollton, TX 75006 | |
| City                State                ZIP Code | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ To _____ |
| Name | |
| Street | |
| | |
| City                State                ZIP Code | |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name | |
| Street | |
| | |
| City                State                ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| |
| City                State                ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

Debtor  SLTC, Inc                                                          Case number (if known)
        Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.
_____
Name

_____
Street

_____

_____
City                         State              ZIP Code

**28.**  **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dekany, Stefan | 428 Brooks Lane Coppell, TX 75019 | President, | 50.00% |
| Pettersen, Alexander | 428 Brooks Lane Coppell, TX 75019 | Vice President, | 50.00% |

**29.**  **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ |
| | | | To _____ |

**30.**  **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City       State      ZIP Code | | | |

| Relationship to debtor |
|---|

_____

**31.**  **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

Debtor      SLTC, Inc                                                    Case number *(if known)*
            Name

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____11/30/2023_____
            MM/  DD/  YYYY

**X** /s/ Stefan Dekany                              Printed name _____Stefan Dekany_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____President_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Texas

**In re**    SLTC, Inc

Case No. _____

**Debtor**

Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................    $5,500.00

Prior to the filing of this statement I have received ................................................................    $5,500.00

Balance Due ..............................................................................................................................    $0.00

2.   The source of the compensation paid to me was:

☑ Debtor             ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor             ☐ Other (specify)

4.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 11/30/2023 | /s/ Eric Allen Maskell |
| *Date* | Eric Allen Maskell |
| | *Signature of Attorney* |
| | Bar Number: 24041409 |
| | Lee Law Firm, PLLC |
| | 8701 Bedford Euless Rd 510 |
| | Hurst, TX 76053 |
| | Phone: (817) 203-0600 |
| | |
| | Lee Law Firm, PLLC |
| | *Name of law firm* |

Date:  11/30/2023                    /s/ Stefan Dekany

**Stefan Dekany**

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE: **SLTC, Inc**

CASE NO

CHAPTER **7**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____ 11/30/2023 _____     Signature _____ /s/ Stefan Dekany _____

Stefan Dekany, President

AG Adjustments
740 Walt Whitman Rd
Melville, NY 11747-9090

American Express
P.O. Box 6031
Carol Stream, IL 60197

Attorney General
PO Box 12017
Austin, TX 78711

Attorney General of Texas
Bankruptcy Section
400 South Zang, Ste 1100
Dallas, TX 75208

Bank of America
PO Box 660441
Dallas, TX 75266

Bank of America
PO Box 25118
Tampa, FL 33622

Caine & Weiner Co
PO Box 55848
Sherman Oaks, CA 91413

Comdata
5301 Maryland Way
Brentwood, TN 37027

EFS LLC
P.O. Box 630038
Cincinnati, OH 45263

ERC
P.O. Box 659503
Dallas, TX 75265

FirstSource Advantage, LLC
PO Box 628
Buffalo, NY 14240-0628

Fleet Leasing
2505 Farrisview Blvd
Memphis, TN 38118

Greenberg, Grant & Richards
5858 Westheimer 500
Houston, TX 77057

Internal Revenue Service
IRS - SBSE Insolvency Area 10
1100 Commerce St., MC 5026 DAL
Dallas, TX 75242

Internal Revenue Service
Insolvency
PO Box 21126
Philadelphia, PA 19114

Joseph, Mann & Creed
8948 Canyon Falls Blvd 200
Twinsburg, OH 44087

JPMCB Card
PO Box 15369
Wilmington, DE 19850

Kabbage
P.O. Box 77081
Atlanta, GA 30357

Keep Trucking/Motive
55 Hawthorne Street 400
San Francisco, CA 94105

Linebarger Goggan Blair et al
2323 Bryan 1600
Dallas, TX 75201

Linebarger Goggan Blair et al
2777 N Stemmons Freeway 1100
Dallas, TX 75207

Love's Travel Stops
P.O. Box 26210
Oklahoma City, OK 73126

Motive Technologies
P.O. Box 737669
Dallas, TX 75373

On Deck
901 N Stuart Street 700
Arlington, VA 22203

Paccar Leasing Company
10620 N Stemmons Freeway
Dallas, TX 75220

Peak Trailer Group, LLC
P.O. Box 268989 Dept 1078
Oklahoma City, OK 73126

Premier Trailer Leasing
5201 Tennyson Parkway 250
Plano, TX 75024

Quickbooks
2700 Coast Avenue
Mountain View, CA 94043

Single Point Capital
P.O. Box 224379
Dallas, TX 75222

SLTC, Inc
428 Brooks Lane
Coppell, TX 75019

State Comptroller
Revenue Accounting Div Bankruptcy
PO Box 13528
Ecleto, TX 78111

State Comptroller
Revenue Accounting Div Bankruptcy
PO Box 13528
Austin, TX 78711

TA Truck Service
2440 Raphine Rd
Raphine, VA 24472

Texas Alcohol Beverage
Commission
Licenses and Permits Division
PO Box 13127
Austin, TX 78711-3127

Texas Employment
Commission
TEC Building - Bankruptcy
101 E. 15th Street
Austin, TX 78778

Texas Workforce Commission
Regulatory Integrity Division
101 E 15th Street 556
Austin, TX 78778

The Goodyear Tire Rubber Co
8501 Peterbilt Ave
Dallas, TX 75241

U.S. Small Business
Administration
SBA Disaster Loan Service Center
1545 Hawkins Blvd. Suite 202
El Paso, TX 79925

United States Attorney -
North
1100 Commerce St., Third Floor
Dallas, TX 75242

United States Attorney
General
Main Justice Building
10th and Constitution Ave 5111
Washington, DC 20530

United States Trustee
1100 Commerce St., Room 9C60
Dallas, TX 75242

Wex Fleet One
P.O. Box 630038
Cincinnati, OH 45263

Wex Sheet & Edge
P.O. Box 639
Portland, ME 04104

**Fill in this information to identify the case:**

Debtor name _____SLTC, Inc_____

United States Bankruptcy Court for the:

_____Northern District of Texas_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/30/2023___
        MM/ DD/ YYYY

**X** /s/ Stefan Dekany _____
Signature of individual signing on behalf of debtor

Stefan Dekany _____
Printed name

President _____
Position or relationship to debtor